IN THE SUPREME COURT OF THE STATE OF DELAWARE

LEROY SHELLEY,      §
     § No. 204, 2026
    Defendant Below,      §
    Appellant,      § Court Below—Superior Court
     § of the State of Delaware
    v.      §
     § Cr. ID No. 9804001318 (N)
STATE OF DELAWARE,      §
     §
    Appellee.      §

Submitted: June 23, 2026
Decided: July 17, 2026

## **ORDER**

On May 18, 2026, the appellant, Leroy Shelley, filed a notice of appeal from a Superior Court order, docketed on April 14, 2026, granting in part and denying in part his motion for correction of illegal sentence. A timely notice of appeal was due on or before May 14, 2026. The Senior Court Clerk issued a notice by certified mail directing Shelley to show cause why his appeal should not be dismissed as untimely filed. Shelley received the notice on June 12th. A timely response to the notice to show cause was due on or before June 22nd. To date, Shelley has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice